J. SCOTT GERIEN, State Bar No. 184728
MEGAN FERRIGAN HEALY, State Bar No. 229177
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
SUTTER HOME WINERY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sutter Home Winery, Inc.,<br><br>      Plaintiff,<br><br>vs.<br><br>Skylite Cellars LLC<br><br>      Defendant. | CASE NO. 3:08-cv-1949<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1  NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff, Sutter
2  Home Winery, Inc., voluntarily dismisses the above-captioned action without prejudice.

4  Dated: 5/28/08

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By _____
J. Scott Gerien
Megan Ferrigan Healy

809 Coombs Street
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Plaintiff,
SUTTER HOME WINERY, INC.

NOTICE OF VOLUNTARY DISMISSAL                 2
CASE NO. 3:08-cv-1949

## PROOF OF SERVICE

I declare that I am over the age of 18 years, employed in the County of Napa, and not a party to the within action; my business address is 809 Coombs Street, Napa, California 94559.

On May 28, 2008, I placed a copy of the following document(s):

- **NOTICE OF VOLUNTARY DISMISSAL**

in a sealed envelope addressed as shown below and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

The persons served are as follows:

Tom Hodgins
Skylite Cellars, LLC
25 Campbell Road
Walla Walla, WA  99362

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 28, 2008, at Napa, California.

_____
Jaymie Kilgore
Legal Secretary